**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Gwendolyn Youngblood, | ) | |
| | ) | Civil Action No.: 3:14-cv-02922-TLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **RULE 26(F) REPORT AND RULE 26.03** |
| | ) | **DISCLOSURES** |
| Webster University, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On September 2, 2014, the Parties submitted their Joint 26(f) Report and Rule 26.03 Disclosures. Following its ruling on Defendant's Motion to Dismiss, the Court entered another Conference and Scheduling Order on October 24, 2014. The October 24 Conference and Scheduling Order required that the parties file a Rule 26(f) Report by December 1, 2014.

Defendant agrees that the schedule set forth in the Scheduling Order filed October 24, 2014, is appropriate for this case. In all other respects, Defendant states that its responses in the Joint 26(f) Report and Rule 26.03 Disclosures filed on September 2, 2014, remain correct.

December 1, 2014

OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

*s/ Elizabeth B. Partlow*
Elizabeth B. Partlow (Fed ID No. 2992)
Christopher R. Thomas (Fed ID No. 11793)
Lucas J. Asper (Fed ID No. 10588)
1320 Main Street, Suite 600
Columbia, SC 29201
803.252.1300 (Telephone)
803.254.6517 (Facsimile)
beth.partlow@ogletreedeakins.com
christopher.r.thomas@ogletreedeakins.com
lucas.asper@ogletreedeakins.com