IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Gwendolyn Youngblood, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C/A No. 3:14-cv-02922-TLW |
| vs. ) | |
| ) | |
| Webster University, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Gwendolyn Youngblood and Defendant Webster University, Inc., by and through their respective counsel, and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties hereby stipulate to dismissal of the above-captioned case <u>with prejudice</u>.

Dated this 4th day of March 2015.

| | |
|---|---|
| MIKE KELLY LAW GROUP, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *s/ Brad D. Hewett* | *s/ Phillip Kilgore* |
| Brad D. Hewett (Fed ID No. 10388) | Phillip Kilgore (Fed ID No. 2329) |
| Post Office Box 8113 | |
| Columbia, SC 29202 | *s/ Christopher R. Thomas* |
| 803.726.0123 (Telephone) | Christopher R. Thomas (Fed ID No. 11793) |
| 803.461.2173 (Facsimile) | |
| bhewett@mklawgroup.com | *s/ Lucas J. Asper* |
| | Lucas J. Asper (Fed ID No. 10588) |
| | |
| | 1320 Main Street, Suite 600 |
| | Columbia, SC 29201 |
| | 803.252.1300 (Telephone) |
| | 803.254.6517 (Facsimile) |
| | phillip.kilgore@ogletreedeakins.com |
| | christopher.r.thomas@ogletreedeakins.com |
| | lucas.asper@ogletreedeakins.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |